NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARIN A. JONES,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF JUSTICE,**
*Intervenor.*

---

2014-3050

---

Petition for review of the Merit Systems Protection Board in No. DC-3151-12-0847-I-1.

---

**ON MOTION**

---

**O R D E R**

We construe Darin A. Jones's May 20, 2014 motion as a motion to treat docket entries 6-7, Jones's informal opening brief, as confidential. Jones has now submitted an attachment to his motion which constitutes a nonconfidential version of his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that docket entries 6-7 shall be treated as a confidential version of his opening brief.

(2)  Jones's attachment to this motion shall be docketed as the nonconfidential version of his informal brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26